**JUDGE COTE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

CHARLES V. VACCARO,

                Plaintiff,

- against -

THE BANK OF NEW YORK COMPANY, INC.,

                Defendant.

------------------------------------------------------------------

**07 CIV 6793**

No. _____

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Bank of New York (a private non-governmental party) states that as of July 1, 2007, The Bank of New York Company, Inc. merged with and into The Bank of New York Mellon Corporation. The Bank of New York Mellon Corporation is a publicly traded corporation and does not have a parent corporation. No publicly held corporation owns 10% or more of The Bank of New York Mellon Corporation's stock.

Dated: New York, New York
       July 27, 2007

WHITE & CASE LLP

*Sharon Parella*
Sharon A. Parella (SP-5183)
Jennifer Frattini (JF-7324)

1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for The Bank of New York*

6192941



JUL 27 2007
U.S.D.C. S.D.N.Y.
CASHIERS