UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CHARLES V. VACCARO,

                          Index No. 07 CV 6793

        Plaintiff,

    -against-

                          **AFFIDAVIT OF SERVICE**

THE BANK OF NEW YORK COMPANY, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

    **BIANCA CARPIO**, being duly sworn, deposes and says: that she resides at Bronx, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

    That on the 27th day of July 2007, deponent served <u>by hand</u> the **NOTICE OF REMOVAL, RULE 7.1 STATEMENT, CIVIL COVER SHEET, INDIVIDUAL RULES OF JUDGE COTE and MAGISTRATE JUDGE GORENSTEIN and PROCEDURES FOR ELECTRONIC CASE FILING**, by leaving a true copy thereof with the following party:

                Rosario Devito, Esq.
          THE LAW OFFICES OF PAUL GIACOMO, JR.
      Chrysler Bldg., 405 Lexington Ave., 37th Fl
                New York, NY 10174

which is the address designated by said attorneys for that purpose.

                                      /S/BIANCA CARPIO
                                        Bianca Carpio

Sworn to before me this
27th day of July 2007

 /S/CARROL MARSHALL
     Notary Public