UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHARLES V. VACCARO                          07 Civ. 6793 (DLC)
                    Plaintiff,

        - against -                          **AFFIDAVIT OF SERVICE**

THE BANK OF NEW YORK COMPANY, INC.

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK  )

        **JENNIFER FRATTINI**, being duly sworn, deposes and says: that she resides in New

York, New York;  that she is over the age of eighteen years old and that she is not a party to this

proceeding.

        That on the 19th day of October, 2007, she served <u>by Overnight Federal Express mail</u> the

**NOTICE OF INITIAL PRETRIAL CONFERENCE AND THE INDIVIDUAL PRACTICES IN**

**CIVIL CASES, DENISE COTE, UNITED STATES DISTRICT JUDGE** upon the following party:

                    Rosario DeVito, Esq.
            The Law Offices of Paul J. Giacomo, Jr.
                    The Chrysler Building
                    405 Lexington Avenue
                        37th Floor
                New York, New York 10174


which is the address designated by said attorneys for that purpose, by depositing a true copy thereof,

enclosed in a prepaid properly addressed envelope  in an official depository under the exclusive care and

custody of Federal Express within the State of New York.

_____
JENNIFER FRATTINI

Sworn to before me this
22 nd day of  October, 2007

_____
Notary Public

NA'EEM CONWAY
Notary Public, State of New York
No. 01CO6110667
Qualified in New York County
Commission Expires June 1, 2008