```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CHARLES V. VACCARO,                      :   07 CIV. 6793 (DLC)
                                         :
                    Plaintiff,           :         ORDER
                                         :
        -v-                              :
                                         :
THE BANK OF NEW YORK COMPANY, INC.,      :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/2/07

DENISE COTE, District Judge:

The initial pretrial conference scheduled for this day is adjourned to **December 7, 2007** at **9 a.m.** in Courtroom 11B, 500 Pearl Street. Principal trial counsel for each party must be present at the conference.

Dated:  New York, New York
        November 1, 2007

                    _____
                            DENISE COTE
                    United States District Judge