UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
CHARLES V. VACCARO,

                          Plaintiff,

  -against-

THE BANK OF NEW YORK COMPANY, INC.,

                          Defendant.
----------------------------------------------------------------x

07 Civ. 6793 (DLC)

**DEMAND FOR JURY TRIAL**

      PLEASE TAKE NOTICE that pursuant to Fed R. Civ. P. 38(b), Plaintiff, by and through his attorneys, the Law Offices of Paul J. Giacomo, Jr., hereby demands a trial by jury in this action for all issues properly determined by a jury.

Dated: December 5, 2007
       New York, New York

                          LAW OFFICES OF PAUL J. GIACOMO, JR.

                          By: Rosario DeVito (RD4770)
                          The Chrysler Building
                          405 Lexington Avenue
                          37th Floor
                          New York, New York 10174-0002
                          (212) 486-0200

                          Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Demand for Jury Trial was served via first class mail, postage prepaid, this 5th day of December, 2007 upon the following:

Sharon A. Parella
Jennifer Frattini
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036

On the same 5th day of December, 2007, I electronically filed the foregoing Plaintiff's Demand for Jury Trial with the Clerk of the District Court using the CM/ECF system, which sent additional notification of such filing to counsel for the Defendant.

_____
Rosario DeVito, Esq. (RD4770)