UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

CHARLES V. VACCARO,

Plaintiff,

-against-

THE BANK OF NEW YORK COMPANY, INC.,

Defendant.

-----------------------------------------------------------------x

07 Civ. 6793 (DLC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the Law Offices of Paul J. Giacomo, Jr. has been retained as attorneys for the Plaintiff CHARLES V. VACCARO and hereby appears on his behalf in the above-captioned action, and demands that all further papers in the above entitled action be served upon the attorneys at their offices located at 405 Lexington Avenue, 37th Floor, New York, New York 10174.

Dated: New York, New York
December 7, 2007

Yours, etc.

LAW OFFICES OF PAUL J. GIACOMO, JR.

By: Paul J. Giacomo, Jr. (PG8774)
405 Lexington Avenue, 37th Floor
New York, New York 10174
Telephone: (212) 486-0200
Facsimile: (212) 867-5570
Attorneys for Plaintiff CHARLES V. VACCARO

To: Sharon A. Parella
Jennifer Frattini
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Attorneys for Defendant

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Notice of Appearance was served via first class mail, postage prepaid, this 7th day of December, 2007 upon the following:

Sharon A. Parella
Jennifer Frattini
White & Case LLP
1155 Avenue of the Americas
New York, New York 10036

On the same 7th day of December, 2007, I electronically filed the foregoing Plaintiff's Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent additional notification of such filing to counsel for the Defendant.

Paul J. Giacomo, Jr. (PG8774)