```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
CHARLES V. VACCARO,                  :    07 CIV. 6793 (DLC)
                                     :
                Plaintiff,           :    PRETRIAL
                                     :    SCHEDULING ORDER
      -v-                            :
                                     :
THE BANK OF NEW YORK COMPANY, INC.,  :
                                     :
                Defendant.           :
                                     :
-------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 10, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. By **December 14, 2007**, counsel for the plaintiff must file a notice of appearance and register in accordance with this Court's electronic case filing system, or the case will be dismissed.

2. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **December 14, 2007** in order to pursue settlement discussions under his supervision.

3. No additional parties may be joined or pleadings amended after **December 14, 2007**.

4. The plaintiff shall provide her medical release forms to the defendants by **December 14, 2007**.

5. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 15, 2008**.

6. All fact discovery must be completed by **July 25, 2008**.

7. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **August 15, 2008**. Defendant's identification of experts and disclosure of expert testimony must occur by **September 12, 2008**.

8.  All expert discovery must be completed by **October 31, 2008**.

9.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **November 14, 2008**
    - Opposition served by **December 12, 2008**
    - Reply served by **December 19, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

10. In the event no motion is filed, the Joint Pretrial Order must be filed by **November 14, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         December 10, 2007

                                    /s/ Denise Cote
                                    _____
                                    DENISE COTE
                                    United States District Judge