UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X

CHARLES V. VACCARO,                          :          07 CIV. 6793 (DLC)
                                             :          (GWG)*
                    Plaintiff,               :
                                             :          ORDER OF
        -v-                                  :          REFERENCE TO A
                                             :          MAGISTRATE JUDGE
THE BANK OF NEW YORK COMPANY, INC.,          :

                    Defendant.               :

------------------------------------------------------------------ -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/07

DENISE COTE, District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

| | | | |
|---|---|---|---|
| ____ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute* | ____ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | _____ _____ | | Purpose: _____ |
| | _____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| X | Settlement* | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion: _____ |
| | | | _____ |

*        Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:        New York, New York
              December 10, 2007

                                          _____
                                          DENISE COTE
                                          United States District Judge