UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
CHARLES V. VACCARO,

                Plaintiff,           Index No. 07 CV 6793

    -against-

                                    **AFFIDAVIT OF SERVICE**

THE BANK OF NEW YORK COMPANY, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

      **Patricia Ashman**, being duly sworn, deposes and says: that she resides at Bronx, New York; that she is over the age of twenty-one years and that she is not a party to this proceeding.

      That on the 21st day of December, 2007, deponent caused to be served <u>via Federal Express Priority Overnight</u> the **VERIFIED ANSWER TO VERIFIED AMENDED COMPLAINT**, upon the following party:

                THE LAW OFFICES OF PAUL J. GIACOMO, JR.
                        The Chrysler Building
                      405 Lexington Ave., 37th Fl
                          New York, NY 10174

which is the address designated by said attorneys for that purpose.

                                                   /s/ Patricia Ashman
                                                     Patricia Ashman

Sworn to before me this
26th day of December, 2007

/s/ Naeem Conway
Notary Public, State of New York
No. 01CO6110667
Qualified in New York County
Commission Expires June 1, 2008