EXHIBIT A

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

CHARLES V. VACCARO,

    Plaintiff,

-against-

THE BANK OF NEW YORK COMPANY, INC.,

    Defendant.
----------------------------------------x

Index No. 07 Civ. 6793 (DLC)

**STIPULATION OF
DISMISSAL WITH
PREJUDICE**

By agreement of the Parties hereto, the undersigned, counsel of record to the Parties hereto, stipulate and agree that this action is dismissed, in its entirety, with prejudice and without costs or attorneys' fees.

Dated: New York, New York
      February 28, 2008

WHITE & CASE LLP

By: *Sharon Parella*
Sharon Parella (SP-5183)
Attorneys for Defendant
The Bank of New York Mellon Corporation
 (f/k/a The Bank of New York Company, Inc.)
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

LAW OFFICES OF PAUL J. GIACOMO, JR.

By: *[signature]*
Paul J. Giacomo, Jr. (PG-8773)
Attorneys for Plaintiff
Charles V. Vaccaro
405 Lexington Avenue, 37th Floor
New York, New York 10174
(212) 486-0200

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

February 28, 2008